*Monday, April 14, 1997*

## MOTION DOCKET

**96–2853.  State v. White.**
Summit C.P. No. CR96010059.  This cause is pending before the court as an appeal from the Court of Common Pleas of Summit County.  Upon consideration of appellant's motion to supplement the record/motion to amend filing date and stay proceedings,

IT IS ORDERED by the court that the briefing schedule under S.Ct.Prac.R. XIX(5) shall commence on April 8, 1997, the date the Clerk of the Supreme Court received and filed the transcript of proceedings in this case.  Under S.Ct.Prac.R. XIX(5), appellant's brief shall be due ninety days from April 8, 1997, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. XIX(5).

## MISCELLANEOUS DISMISSALS

**96–2515.  State ex rel. Ochs v. Indus. Comm.**
Franklin App. No. 95APD10–1359.  This cause is pending before the court as a cross-appeal from the Court of Appeals for Franklin County.  It appears from the records of this court that cross-appellant has not filed a brief, due March 31, 1997, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.  Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*